```
                            United States Bankruptcy Court
                             Northern District of Ohio
In re:                                                          Case No. 13-51009-mss
Dorothy L. Miller                                               Chapter 7
       Debtor              CERTIFICATE OF NOTICE
District/off: 0647-5          User: admin                 Page 1 of 3                  Date Rcvd: Apr 16, 2013
                              Form ID: 227ia              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2013.
db           +Dorothy L. Miller,    318 Winnipeg St.,     Akron, OH 44310-2342
tr           +Robert S. Thomas, II,    1653 Merriman Road, #203,      Akron, OH 44313-5287
22246692     +AT& T Mobility,    PO Box 5041,    Carol Stream, IL 60197-5041
22246669     +Advance Pay USA,    1082 E Tallmadge Ave.,     Akron, OH 44310-3516
22246670     +Akron Children’s Hospital,     P.O. Box 1750,    Akron, OH 44309-1750
22246686     +Akron Children’s Radiology,     P.O. Box 29,    Akron, OH 44309-0029
22246687      Akron General,    P.O. Box 182801,    Columbus, OH 43218-2801
22246691     +Akron Radiology,    P.O. Box 75558,    Cleveland, OH 44101-4755
22246693      Bass & Associates,    3936 E Fort Lowell Rd,     #200,   Tucson, AZ 85712-1083
22246695      Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
22246699      Convergent,    PO Box 1022,    Wixom, MI 48393-1022
22246700     +Credit First National Asssociation,     P.O. Box 81344,    Cleveland, OH 44188-0001
22246702     +Dish Network,    Dept 0063,    Palatine, IL 60055-0001
22246703     +EOS CCA,    700 Longwater Dr,    Norwell, MA 02061-1624
22246705     +FCC Financial Services,    P.O. Box 650317,     Dallas, TX 75265-0317
22246706      First Healthcare,    P.O. Box 311127,    Independence, OH 44131-8227
22246707     +General Emergency Med. Spc,     P.O. Box 74089,    Cleveland, OH 44194-4089
22246708     +Giant Eagle,    P.O. Box 659584,    San Antonio, TX 78265-9584
22246709      HSBC Retail Services,    PO Box 5238,    Carol Stream, IL 60197-5238
22246711      JP Recovery,    2022 Center Rdige,    Rocky River, OH 44116
22246710      Joseph R. Harrison Company LPA,     310 N. Cleveland Massillon Rd.,    Akron, OH 44333-2493
22246712     +Labcare Plus,    P.O. Box 16157,    Rocky River, OH 44116-0157
22246713     +Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
22246714     +Ohio Natural Gas,    POB 934726,    Atlanta, GA 31193-4726
22246715     +Professional Credit Control,     P.O. Box 29,    Akron, OH 44309-0029
22246716     +Radiology & Imaging Services,     P.O. Box 931286,    Cleveland, OH 44193-1494
22246717     +Receivables Performance Mgmt,     20816 44th Ave. W,    Lynnwood, WA 98036-7744
22246718     +Sears,    P.O. Box 5222,    Carol Stream, IL 60197-5222
22246722      Summa Health System,    P.O. Box 182301,     Columbus, OH 43218-2301
22246724     +Team,    P.O. Box 1643,    Stow, OH 44224-0643
22246725      US Bank,    P.O. Box 5227,    Cincinnati, OH 45202-5227
22246726     +Wells Fargo,    800 Walnut St,    Des Moines, IA 50309-3891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: smoore@ohiolegalclinic.com Apr 16 2013 22:29:09     Sean Moore,
               Rauser & Associates,    80 S. Summit Street,    Suite 210,   Akron, OH  44308
22246697      E-mail/Text: bankruptcy@cashcall.com Apr 16 2013 22:31:57     Cashcall,   PO Box 66007,
               Anaheim, CA 92816
22246698     +E-mail/Text: kcathey@cbscinc.com Apr 16 2013 22:32:02     CBSC, Inc,   6973 Promway Ave. NW,
               North Canton, OH 44720-7321
22246694     +E-mail/Text: cms-bk@cms-collect.com Apr 16 2013 22:32:38     Capital Management Services, Inc.,
               726 Exchange Street,   Suite 700,    Buffalo, NY 14210-1464
22246696     +E-mail/Text: bankruptcy@cashcall.com Apr 16 2013 22:31:57     Cashcall,   1600 S. Douglass Rd,
               Anaheim, CA 92806-5948
22246701     +E-mail/Text: terry.mccord@dbsfin.com Apr 16 2013 22:32:54     DBS Financial,   2290 East Ave,
               Akron, OH 44314-1950
22246704     +E-mail/Text: bankruptcies@escallate.com Apr 16 2013 22:32:19     Escallate,   5200 Stoneham Rd.,
               North Canton, OH 44720-1584
22246720     +E-mail/Text: bankruptcy@sw-credit.com Apr 16 2013 22:33:03     Southwest Credit,
               4120 International Pkwy,    Ste. 1100,   Carrollton, TX 75007-1958
22246721      E-mail/Text: appebnmailbox@sprint.com Apr 16 2013 22:31:14     Sprint,   P.O. Box 660075,
               Dallas, TX 75266-0075
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22246674*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246675*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246676*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246677*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246678*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246679*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246680*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246681*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246682*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246683*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246684*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246685*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246671*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246672*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246673*    +Akron Children’s Hospital,    P.O. Box 1750,    Akron, OH 44309-1750
22246688*     Akron General,    P.O. Box 182801,    Columbus, OH 43218-2801
22246689*     Akron General,    P.O. Box 182801,    Columbus, OH 43218-2801
22246690*     Akron General,    P.O. Box 182801,    Columbus, OH 43218-2801
22246719*    +Sears,    P.O. Box 5222,    Carol Stream, IL 60197-5222
```

```
         ***** BYPASSED RECIPIENTS (continued) *****
22246723*    Summa Health System,    P.O. Box 182301,    Columbus, OH 43218-2301
                                                                                    TOTALS: 0, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2013**                     **Signature:**         /s/ Joseph Speetjens

```
District/off: 0647-5           User: admin                Page 3 of 3                Date Rcvd: Apr 16, 2013
                               Form ID: 227ia             Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
          Robert S. Thomas, II    rsttrustee@yahoo.com,  oh68@ecfcbis.com
          Sean   Moore    on behalf of Debtor Dorothy L. Miller smoore@ohiolegalclinic.com,
           rauserlaw2002@yahoo.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;jrauser@ohio
           legalclinic.com;rauserandassociates@gmail.com;rauserlaw@gmail.com;rauser@bestclientinc.com;mresar
           @ohiolegalclinic.com
                                                                                                                 TOTAL: 2

**Form ohnb 9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13−51009−mss**

## United States Bankruptcy Court for the Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 11, 2013. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

### Case Information

**Case Number:** 13−51009−mss

**Debtor(s):**
Dorothy L. Miller
318 Winnipeg St.
Akron, OH 44310

**Other names used by the Debtor(s) in the last 8 years:**

**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**
xxx−xx−3658

**Attorney for Debtor:**
Sean Moore
Rauser & Associates
80 S. Summit Street
Suite 210
Akron, OH 44308
Telephone number: 330−253−8600

**Bankruptcy Trustee:**
Robert S. Thomas II
1653 Merriman Road, #203
Akron, OH 44313
Telephone number: 330−253−5738

### Meeting of Creditors

**All debtors must bring the following proofs of identification to the meeting of creditors:**

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government− or employer−issued documentation, such as social security card, IRS tax transcript, W−2, or 1099, is acceptable proof.

**Date:** June 3, 2013
**Time:** 10:30 AM
**Location:** First Energy Building, Atrium Level #120, 76 S Main St, Akron, OH 44308

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse does not arise.

### Deadlines

*Papers must be received by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts:** August 2, 2013

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

**Address of the Bankruptcy Court Clerk's Office:**
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**For the Court:**
Clerk of the Bankruptcy Court:
Kenneth J. Hirz

**Date:** April 16, 2013

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**